**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2097**

_____

MRS. HEATHER H. CROSSMAN; THE  PUSSSYKAT PARTEA,

Plaintiffs - Appellants,

v.

BECKY, Administrative Head of EPA; EPA OF NEWPORT NEWS AND HAMPTON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Jasmine Hyejung Yoon, District Judge.  (5:25-cv-00073-JHY-JCH)

_____

Submitted:  March 12, 2026                                    Decided:  March 17, 2026

_____

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Heather H. Crossman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants, Heather H. Crossman and The PusssyKat ParTea, appeal the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B)(ii) in the amended civil complaint, which alleged a violation of the Free Exercise Clause of the First Amendment. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Appellants' informal brief does not challenge the basis for the district court's disposition, they have forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*